IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL NO.: 1:18cr67-HSO-JCG-1

LOUIS BRENT LADNER

### NOTICE OF INTENT TO CHANGE PLEA TO GUILTY

COMES NOW the Defendant, LOUIS BRENT LADNER, by and through his undersigned counsel of record, Ellen M. Allred, of the Federal Public Defender's Office, and notifies the Court and United States Attorney's office of his intent to change his plea to guilty on the charge brought against him by the Government.

Respectfully submitted this the 18th day of March, 2019.

LOUIS BRENT LADNER, DEFENDANT

By:  /s/Ellen M. Allred
Ellen M. Allred (MB #99418)
Assistant Federal Public Defender
Southern District of Mississippi
2510 14th Street, Suite 902
Gulfport, MS 39501
Phone: (228) 865-1202
Fax:    (228) 867-1907
E-mail: Ellen_Allred@fd.org
*Attorney for Defendant*

1

**CERTIFICATE OF SERVICE**

I, Ellen M. Allred, do hereby certify that I have this day electronically filed the Notice of Intent to Change Plea to Guilty with the Clerk of the Court using the ECF system which sent notification of such filing to the Assistant United States Attorney John A. Meynardie.

SO CERTIFIED, this the 18th day of March, 2019.

/s/Ellen M. Allred
Ellen M. Allred
Assistant Federal Public Defender