IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| § | |
| v. § | Criminal No. 1:18cr67-HSO-JCG-1 |
| § | |
| § | |
| LOUIS BRENT LADNER § | |

### ORDER DENYING DEFENDANT LOUIS BRENT LADNER'S MOTION [84] FOR MODIFICATION OF SENTENCE

**BEFORE THE COURT** is Defendant Louis Brent Ladner's ("Defendant") Motion [84] for Modification of Sentence, filed on April 28, 2022.[1] After considering the Motion, the record as a whole, and relevant legal authority, the Court finds that Defendant's Motion [84] should be denied.

On June 1, 2021, Defendant filed a Motion [62] for Compassionate Release, asking the Court "to immediately release him to the custody of the State of Mississippi," so that he could "secur[e] necessary mental health, substance abuse treatment and reentry programming access currently denied to [him]." Mot. [62] at 2. The Court denied his Motion, saying,

> [t]he Court finds that Defendant's mental health needs are being sufficiently addressed by the BOP. Defendant's medical records reveal that his mental health conditions and substance abuse issues are being monitored and treated with prescription drugs, Ex. B - Medical Records [68] at 3, 7-9, 11-18, 22-28, 36-37, 49-50, 57-58, 67-75; *see also* Ex. B - Medical Records [68-1] at 2-5, 15-19, 33, and that he is under the supervision of health care professionals at the BOP, Ex. B - Medical Records [68] at 4-5, 31-32, 59-6; *see also* Ex. B - Medical Records [68-1] at 6-9. In addition, Defendant has had access to therapy and mental

---

[1] Under the "mailbox rule," a prisoner filing is deemed filed with the Court as soon as it is deposited into the prison mail system. *See Spotville v. Cain,* 149 F.3d 374, 376 (5th Cir. 1998). The Clerk of Court received and docketed this Motion on May 9, 2022.

> health assessments at FCI Oakdale I.  Ex. B - Medical Records [68] at
> 18-24, 26, 57-59; *see also* Ex. B - Medical Records [68-2] at 19-33, 45-49,
> 53-59, 85-90.

Order [76] at 5-6.

Defendant then filed a Motion [77] for Reconsideration, which the Court denied in a text-only order on September 14, 2021. Text-only Order Sept. 14, 2021. Ladner filed a Notice [78] of Appeal on September 22, 2021, which the Fifth Circuit dismissed, citing Ladner's motion for voluntary dismissal. J. [83].

Defendant has now filed another Motion [84] for Modification of Sentence, effectively requesting the same relief as his initial Motion [62] for Compassionate Release. He raises substantially the same arguments about his need for transfer of custody to the State of Mississippi, arguing that he is being denied rehabilitative programming in federal custody for which he would be eligible in state custody. *See generally* Mot. [62]; Mot. [84].

Having reviewed Defendant's Motion [84], the Court concludes that Ladner has produced no new arguments that would warrant a departure from the Court's previous ruling, and his Motion [84] for Modification of Sentence should be denied for the reasons state in both this Order and the Court's previous Order [76].

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, Defendant Louis Brent Ladner's Motion [84] for Modification of Sentence is **DENIED.**

**SO ORDERED AND ADJUDGED**, this the 15th day of July, 2022.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE